1    **B.C. BARMANN, SR., COUNTY COUNSEL**
     **COUNTY OF KERN, STATE OF CALIFORNIA**
2    **By: Andrew C. Thomson, Deputy (SBN 149057)**
     **Kern County Administrative Center**
3    **1115 Truxtun Avenue, Fourth Floor**
     **Bakersfield, California 93301**
4    **Telephone: 661-868-3800**
     **Facsimile: 661-868-3805**
5
6    **Attorneys for Defendants, County of**
     **Kern, Kern County Sheriff's Department,**
     **Carl Sparks, Deputy Dixon, Eric Fennell,**
7    **Edward Jagels, John Brownlee, Patricia**
     **Poeschel, Mark Arnold and Lesley Greer**
8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12   KENNETH FAULKNER,                      **Case No. CIV-F-04-5964 OWW TAG**

13              Plaintiffs,

14   v.                                     **STIPULATION RE: DISMISSAL OF**
                                            **DEFENDANTS MARK ARNOLD,**
15   COUNTY OF KERN, public entity;         **LESLEY GREER AND PATRICIA**
     KERN COUNTY SHERIFF'S                  **POESCHEL; ORDER**
16   DEPARTMENT, public entity; CARL
     SPARKS, (former) Sheriff Kern
17   County, public entity; Sheriff's Deputy
     Dixon, individually and officially;
18   Sheriff's Deputy Eric Fennell,
     individually and officially; Edward
19   Jagels, Kern County District Attorney,
     individually and officially, John
20   Brownlee, Deputy District Attorney,
     individually and officially; Patricia
21   Poeschel, individually and officially;
     Mark Arnold, Kern County Public
22   Defender, individually and officially;
     Leslie Greer, Deputy Public Defender,
23   individually and officially; Bill
     Lockyear, ATTORNEY GENERAL OF
24   STATE OF CALIFORNIA, individually
     and officially; R. Todd Marshall,
25   Deputy Attorney General, individually
     and officially; and DOES 1-10,
26   Inclusive,

27              Defendants.

28

1    IT IS HEREBY STIPULATED, by and between the parties to this action through their

2    designated counsel, that the above-captioned action be and hereby is dismissed with

3    prejudice pursuant to FRCP 41(a)(1) as to the complaint of Plaintiff Kenneth Faulkner

4    against Defendants Mark Arnold, Lesley Greer and Patricia Poeschel.

5    IT IS FURTHER STIPULATED that all parties hereby waive their costs as to

6    plaintiff's dismissal of Defendants Mark Arnold, Lesley Greer and Patricia Poeschel.

7    IT IS FURTHER STIPULATED that this stipulation may be executed in counterparts

8    and the various signatures on the counterparts will have the same force and effect as if the

9    signatures all appeared on the same page of the original stipulation.

10    Dated: April 11, 2005                    LAW OFFICE ELLEN H. ELLISON

11

12                                             /s/ Ellen Hammill Ellison
                                        By_____
13                                           Ellen Hammill Ellison, Esq.
                                             Law Office of Ellen Hammill Ellison
14                                           Attorney for Plaintiff, Kenneth Faulkner

15    Dated: April 19, 2005                    B.C. BARMANN, SR., COUNTY COUNSEL

16

17                                             /s/ Andrew C. Thomson
                                        By_____
18                                           Andrew C. Thomson, Deputy
                                             Attorney for Defendants, County of Kern,
                                             Kern County Sheriff's Department,
19                                           Carl Sparks, Deputy Dixon, Eric Fennell,
                                             Edward Jagels, John Brownlee, Patricia
20                                           Poeschel, Mark Arnold and Lesley Greer

21

22    (Signatures continued on page 3)

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1

2
Dated: April 12, 2005                    OFFICE OF THE ATTORNEY GENERAL

3
                                                 /s/ Gary Binkerd
                                         By_____
4
                                            Gary Binkerd, Deputy Attorney General
                                            Attorney for Defendants, Bill Lockyear,
5
                                            Attorney General of State of California,
                                            and R. Todd Marshall
6

7
                                         **ORDER**
8
IT IS SO ORDERED.
9

10
                                                 /s/ OLIVER W. WANGER
Dated: April 21, 2005                    By_____
11
                                            Oliver W. Wanger, Judge
                                            United States District Court
12

13
#04cv5964.dismissal.wpd
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, Fourth Floor, Bakersfield, CA 93301.

On the date last written below, I served the attached **STIPULATION RE DISMISSAL OF DEFENDANTS MARK ARNOLD, LESLEY GREER AND PATRICIA POESCHEL** on the party(ies) listed below, through their attorneys of record, if any, by facsimile transmission, by personal delivery or by placing true copies/originals thereof in sealed envelope(s) addressed/designated as shown below:

**A.**   **BY MAIL** - I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California.  The envelope(s) was/were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**B.**   **BY OVERNIGHT SERVICE** - I caused each such envelope to be delivered by overnight service to the addressee(s) noted below.

**C.**   **BY FACSIMILE SERVICE** - I placed such document in a facsimile machine (pursuant to *California Rules of Court*, Rule 2003(3)) with the fax number of (661) 868-3805.  Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error.  A copy of the transmission report is attached to this Proof of Service pursuant to *California Rules of Court*, Rule 2008(e).

**D.**   **BY PERSONAL SERVICE** - I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

| TYPE OF SERVICE | ADDRESSEE | FAX NO. |
|---|---|---|
| A | ELLEN HAMMILL ELLISON<br>LAW OFFICE OF ELLEN HAMMILL ELLISON<br>3435 WILSHIRE BLVD  STE 2900<br>LOS ANGELES CA 90010 | |

__X__   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 20, 2005, at Bakersfield, California.

*/S/ Valerie Rodriguez*
Valerie Rodriguez

- 4 -