1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  By: Andrew C. Thomson, Deputy (SBN 149057)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone: 661-868-3800
   Facsimile: 661-868-3805
5
   Attorneys for Defendants, County of
6  Kern, Kern County Sheriff's Department,
   Carl Sparks, Deputy Dixon, Eric Fennell,
7  Edward Jagels and John Brownlee

8

9              **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA**

11

12 | KENNETH FAULKNER,                              | **Case No. CIV-F-04-5964 OWW TAG**
13 |         Plaintiffs,                            | **STIPULATION FOR PROTECTIVE**
14 | v.                                             | **ORDER REGARDING PLAINTIFF**
                                                    | **KENNETH FAULKNER'S RECORDS**
15 | COUNTY OF KERN, public entity;                 | **FROM ATASCADERO STATE**
   | KERN COUNTY SHERIFF'S                          | **HOSPITAL; ORDER**
16 | DEPARTMENT, public entity; CARL
   | SPARKS, (former) Sheriff Kern
17 | County, public entity; Sheriff's Deputy
   | Dixon, individually and officially;
18 | Sheriff's Deputy Eric Fennell,
   | individually and officially; Edward
19 | Jagels, Kern County District Attorney,
   | individually and officially, John
20 | Brownlee, Deputy District Attorney,
   | individually and officially; Patricia
21 | Poeschel, individually and officially;
   | Mark Arnold, Kern County Public
22 | Defender, individually and officially;
   | Leslie Greer, Deputy Public Defender,
23 | individually and officially; Bill
   | Lockyear, ATTORNEY GENERAL OF
24 | STATE OF CALIFORNIA, individually
   | and officially; R. Todd Marshall,
25 | Deputy Attorney General, individually
   | and officially; and DOES 1-10,
26 | Inclusive,

27          Defendants.

28

1      COME NOW all parties to this matter, by and through their respective attorneys of
2 record, and hereby stipulate as follows:
3      1.     That information and records obtained from Atascadero State Hospital
4 (hereafter, "ASH"), regarding plaintiff Kenneth Faulkner shall be protected from disclosure
5 except in connection with the instant litigation and any litigation which may arise therefrom,
6 including the preparation and trial of this case, or any related appellate proceeding;
7      2.     That each party receiving the records, or a copy thereof, in executing this
8 Stipulation, will in good faith maintain the privacy of plaintiff Kenneth Faulkner's information
9 maintained by ASH (hereinafter the "ASH file");
10     3.     The parties acknowledge that this stipulation does not pertain to the
11 discovery and publication of any other information and/or records that are unrelated to the
12 ASH records, whether or not these records are also maintained or produced in the ASH
13 file.
14     4.     It may be necessary to disclose the ASH file, or portions thereof, to persons
15 involved in the litigation process, as discussed in paragraph 1 above, including but not
16 limited to the following persons:
17         (a)    Counsel for any party and the parties to this action;
18         (b)    Paralegal, stenographic, clerical and secretarial personnel employed by
19                counsel;
20         (c)    Court personnel, including stenographic reporters engaged in such
21                proceedings as are necessary incidental to the preparation for the trial in this
22                action;
23         (d)    Any expert or consultant retained in connection with this action and/or
24                otherwise employed by the parties;
25         (e)    With the understanding that all documents and materials from the ASH file
26                are confidential, all witnesses who were/are involved in matters relevant to
27                this action may read their own statements and/or any reports, statements
28

and/or any reports in which their name appears, any statements and/or any reports prepared, approved or reviewed by the witness in the witnesses professional capacity, and/or statements and/or any reports in areas in which the witnesses may be expected to testify.

5. To the extent that the ASH records are disclosed to any person, or group of people, listed in Paragraph 4, counsel for the parties will act in good faith to protect against the unauthorized disclosure of the above information.

6. This stipulation does not in any way impair the parties' rights assured by Code of Civil Procedure § 1985.3 or § 1985.6 to lodge objection to disclosure, production in discovery and/or introduction of said documents at any hearing or trial.

7. Upon completion of the instant litigation as set forth in Paragraph 1, each party shall forward all ASH files and related documents and materials, in a sealed envelope, to the attention of Ellen Hammill Ellison Esq., counsel for Kenneth Faulkner, for destruction or return to ASH.

8. The parties agree that this stipulation may be signed in counterparts.

Dated: August 15, 2005                LAW OFFICE ELLEN H. ELLISON

                                      /s/ Ellen Hammill Ellison
                                      _____
                                      By Ellen Hammill Ellison, Esq.
                                      Attorney for Plaintiff, Kenneth Faulkner

Dated: September 6, 2005              B.C. BARMANN, SR., COUNTY COUNSEL

                                      /s/ Andrew C. Thomson
                                      _____
                                      By Andrew C. Thomson, Deputy
                                      Attorney for Defendants, County of Kern,
                                      Kern County Sheriff's Department,
                                      Carl Sparks, Deputy Dixon, Eric Fennell,
                                      Edward Jagels and John Brownlee

| | | |
|---|---|---|
| 1 | Dated: September 6, 2005 | OFFICE OF THE ATTORNEY GENERAL |
| | | |
| | | /s/ Gary Binkerd |
| | | _____ |
| | | By Gary Binkerd, |
| | | Deputy Attorney General |
| | | Attorney for Defendants, Bill Lockyear, |
| | | Attorney General of State of California, |
| | | and R. Todd Marshall |

**ORDER**

IT IS SO ORDERED.

Dated: September 7, 2005     /s/Oliver W. Wanger
                              Oliver W. Wanger, Judge
                              United States District Court

#04cv5964.stip.wpd

- 4 -