IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH FAULKNER,**<br><br>  Plaintiff,<br><br>  v.<br><br>**COUNTY OF KERN, public entity; et al.,**<br><br>  Defendants. | 1:04-cv-5964-OWW-TAG<br><br>**ORDER RE MOTION FOR PROTECTIVE ORDER AND MOTION FOR ORDER SHORTENING TIME (Doc. 29)** |

On October 26, 2005, this matter was heard via in-chambers telephonic hearing on notice of motion and motion of defendants R. Todd Marshall, John Brownlee and non-party Patricia Poeshelle for protective order, ex parte request for order shortening time and for hearing date, request for sanctions, and supporting points and authorities (Doc. 29); and, on Plaintiff's opposition to said motions and request. The parties were represented by counsel appearing telephonically: Ellen Hamill. Ellison for Plaintiff Faulkner; Deputy County Counsel Mark L. Nations for Defendant Brownlee and for non-party Kern County employee Poeshelle; and, Deputy Attorney General Gary A. Binkerd for defendant Marshall.

As to DEFENDANT MARSHALL, IT IS ORDERED:

Defendant Marshall's motion for order shortening time regarding noticed deposition is DENIED, good cause therefor not having been demonstrated.

Upon withdrawal of motion for order shortening time on defendant Brownlee's behalf, and upon stipulation of respective counsel for immediate resolution of the motions regarding the noticed depositions of Brownlee and Poeshelle,  IT IS FURTHER ORDERED:

Defendant Brownlee's request for protective order is DENIED, moving party having failed to show good cause therefor;

Non-party Poeshelle's request for protective order is GRANTED, the deposition not having been noticed within 100 miles of Bakersfield as required by Federal Rule of Civil Procedure, Rule 45.

IT IS FURTHER ORDERED:

All motions for sanctions are denied without prejudice.

IT IS SO ORDERED.

**Dated:   November 2, 2005**            /s/ Theresa A. Goldner
j6eb3d                                   UNITED STATES MAGISTRATE JUDGE