1  B.C. BARMANN, SR., COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By: Andrew C. Thomson, Deputy (SBN 149057)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone: 661-868-3800
   Facsimile: 661-868-3805
5
   Attorneys for Defendants, County of
6  Kern, Kern County Sheriff's Department,
   Carl Sparks, Deputy Dixon, Eric Fennell,
7  Edward Jagels and John Brownlee

8

9                  **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

| KENNETH FAULKNER,                                                    | Case No. CIV-F-04-5964 OWW TAG                                                         |
|----------------------------------------------------------------------|----------------------------------------------------------------------------------------|
| Plaintiffs,                                                          |                                                                                        |
| v.                                                                   | ORDER DIRECTING THE TAKING OF AN ORAL DEPOSITION OF PRISONER KENNETH FAULKNER          |
| COUNTY OF KERN, public entity; KERN COUNTY SHERIFF'S DEPARTMENT, public entity; CARL SPARKS, (former) Sheriff Kern County, public entity; Sheriff's Deputy Dixon, individually and officially; Sheriff's Deputy Eric Fennell, individually and officially; Edward Jagels, Kern County District Attorney, individually and officially, John Brownlee, Deputy District Attorney, individually and officially; Patricia Poeschel, individually and officially; Mark Arnold, Kern County Public Defender, individually and officially; Leslie Greer, Deputy Public Defender, individually and officially; Bill Lockyear, ATTORNEY GENERAL OF STATE OF CALIFORNIA, individually and officially; R. Todd Marshall, Deputy Attorney General, individually and officially; and DOES 1-10, Inclusive, | |
| Defendants.                                                          |                                                                                        |

1  Upon reading and considering the Application of Defendants, County of Kern, Kern County Sheriff's Department, Carl Sparks, Deputy Dixon, Eric Fennell, Edward Jagels and John Brownlee, for an order directing the taking of prisoner Kenneth Faulkner's deposition on oral examination, and good cause appearing,

IT IS HEREBY ORDERED that the taking of prisoner Kenneth Faulkner's oral deposition shall be scheduled at Lerdo Pre-Trial Facility, 17695 Industrial Farm Road, Bakersfield, CA 93308, on December 8, 2005, at 10:00 a.m., or at a date and time mutually convenient to all parties and the prison.

/s/ OLIVER W. WANGER

Dated: November _17__, 2005

_____
Oliver W. Wanger, Judge
United States District Court

#04cv5964.depo.wpd

- 2 -