1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By: Andrew C. Thomson, Deputy (SBN 149057)**
   **By: Jennifer L. Thurston, Deputy (SBN 191821)**
3  **Kern County Administrative Center**
   **1115 Truxtun Avenue, Fourth Floor**
4  **Bakersfield, California 93301**
   **Telephone: 661-868-3800**
5  **Facsimile: 661-868-3805**

6  **Attorneys for Defendants, County of Kern**
   **Kern County Sheriff's Department, Carl Sparks,**
7  **Deputy Dixon, Eric Fennell, Edward Jagels**
   **and John Brownlee**

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  KENNETH FAULKNER,                           **Case No. CIV-F-04-5964 OWW TAG**

13          Plaintiffs,                         **ORDER AFTER HEARING ON**
                                                **PLAINTIFF'S EX PARTE APPLICATION**
14  v.                                          **FOR AN ORDER CONTINUING**
                                                **COUNTY'S MOTION FOR SUMMARY**
15  COUNTY OF KERN, public entity;              **JUDGMENT**
    KERN COUNTY SHERIFF'S
16  DEPARTMENT, public entity; CARL
    SPARKS, (former) Sheriff Kern County,
17  public entity; Sheriff's Deputy Dixon,
    individually and officially; Sheriff's
18  Deputy Eric Fennell, individually and
    officially; Edward Jagels, Kern County
19  District Attorney, individually and
    officially, John Brownlee, Deputy District
20  Attorney, individually and officially;
    Patricia Poeschel, individually and
21  officially; Mark Arnold, Kern County
    Public Defender, individually and
22  officially; Leslie Greer, Deputy Public
    Defender, individually and officially; Bill
23  Lockyear, ATTORNEY GENERAL OF
    STATE OF CALIFORNIA, individually
24  and officially; R. Todd Marshall, Deputy
    Attorney General, individually and
25  officially; and DOES 1-10, Inclusive,

26          Defendants.

27

28

Order After Hearing on Plaintiff's Motion to Continue Hearing on County's MSJ

1

1   Plaintiff's ex parte application for an order continuing the hearing on the motion for

2   summary judgment or summary adjudication for defendants County of Kern, Kern County

3   Sheriff's Department, Carl Sparks, Deputy Dixon, Eric Fennell, Edward Jagels and John

4   Brownlee ("County") was heard on December 16, 2005 at 3:30 p.m. by telephonic

5   conference before the Honorable Judge Oliver W. Wanger, presiding.

6   Plaintiff, Kenneth Faulkner, was represented by Ellen Hammill Ellison. County was

7   represented by B.C. Barmann Sr., County Counsel, Jennifer L. Thurston,   Deputy,

8   appearing.

9   Having considered the arguments set forth in the papers submitted by the parties and

10  having heard and considered the arguments of counsel, the Court determines as follows:

11   1.   The hearing on County's motion for summary judgment or summary

12  adjudication and any other Rule 56 motions filed by Bill Lockyer and R. Todd Marshall ("the

13  State defendants") or by plaintiff will be heard on February 27, 2006 at 10:00 a.m. in

14  Courtroom 2.

15  **The County's Motion**

16   2.   Plaintiff's Opposition to County's motion must be filed on or before January 23,

17  2006.

18   3.   County's Reply to plaintiff's Opposition to County's motion for summary

19  judgment or summary adjudication must be filed on or before February 10, 2006.

20  **Plaintiff's Motion**

21   4.   Any Rule 56 motion filed by plaintiff must be filed on or before January 23,

22  2006.

23   5.   County's and the State defendants' Opposition to any Rule 56 motion filed by

24  plaintiff must be filed on or before February 10, 2006.

25   6.   Plaintiff's Reply to Opposition to any Rule 56 motion filed by plaintiff must be

26  filed on or before February 17, 2006.

27  ///

28

Order After Hearing on Plaintiff's Motion to Continue Hearing on County's MSJ

1  **The State Defendants' Motion**

2      7.      Any Rule 56 motion filed by the State defendants must be filed on or before

3  January 23, 2006.

4      8.      Plaintiff's Opposition to any Rule 56 motion filed by the State defendants must

5  be filed on or before February 10, 2006.

6      9.      The State defendants' Reply to the Opposition by plaintiff to any Rule 56

7  motion filed by the State defendants must be filed on or before February 17, 2006.

8  **Modification of Scheduling Conference Order**

9      10.     Given the change in hearing date for County's motion for summary judgment

10  or summary adjudication, the Court orders the Scheduling Conference Order to be modified

11  to allow County to take the deposition of plaintiff's retained expert, Dr. Russell, if necessary,

12  at a time convenient to the parties after the ruling on the motions for summary judgment but

13  before trial.

14      IT IS SO ORDERED.

15

16  Dated 12/21/05

17

18                          /s/Oliver W. Wanger
                           Oliver W. Wanger, Judge
19

20

21

22

23

24

25

26

27

28

Order After Hearing on Plaintiff's Motion to Continue Hearing on County's MSJ