UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FAULKNER,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF KERN, et al.,<br><br>            Defendants. | CIV-F-04-5964 OWW TAG<br><br>ORDER RE: PLAINTIFF'S<br>COMPLIANCE WITH LOCAL RULE<br>5-133 |

In order for the court to be adequately prepared for oral argument, the hearings on (1) Plaintiff's motion to reinstate dismissed Defendant Greer and (2) the cross-motions for summary judgment, currently set for February 27, 2006, are **CONTINUED until March 13, 2006 at 10:00 a.m. in Courtroom 3.** Plaintiff's counsel has failed to deliver courtesy copies to chambers of the lengthy exhibits filed in connection with these motions. *See* Local Rule 5-133(f)("[a] person who electronically files attachments or exhibits that total in excess of 50 pages must also provide a paper courtesy copy to chambers...").

1

1   Plaintiff is **ORDERED** to deliver courtesy copies (properly
2 tabbed and formatted) of all exhibits filed in connection with
3 the above-mentioned motions **on or before Friday, February 24,**
4 **2006.**   Plaintiff is on notice that its is counsel's
5 responsibility to provide all evidentiary materials to the court.
6
7 **SO ORDERED.**
8
9 Dated: February 21, 2006
10
11                              /s/ OLIVER W. WANGER_____
                                    Oliver W. Wanger
12                              **UNITED STATES DISTRICT JUDGE**