**FILED**

**JUDGMENT ENTERED**

____June 28, 2006____
Date
by _____G. Lucas_____
Deputy Clerk
U.S. District Court
Eastern District of California
__XX___  FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH FAULKNER,

      Plaintiff,

vs.

COUNTY OF KERN, et al.,

      Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-04-05964 OWW/TAG

      DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS HEREBY ORDERED AND ADJUDGED that defendants' motions for summary judgment are granted and plaintiff's motion for summary judgment is denied.

DATED:

      JACK L. WAGNER, Clerk

      /S/ Greg Lucas
By:
      Deputy Clerk

jgm.civ
2/1/95